THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Mildred E. WHITE, Claimant–Appellant,**

**v.**

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7194.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2012.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Martin J. Sendek, Attorney.

BRYSON, DYK, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**FUTURELOGIC, INC., Plaintiff–Appellant,**

**v.**

**NANOPTIX, INC., Defendant–Cross Appellant.**

Nos. 2012–1095, 2012–1136.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2012.

Brett J. Williamson, O'Melveny & Myers LLP, of Newport Beach, CA, argued for plaintiff-appellant.

Adam K. Yowell and Michael D. Rounds, Watson Rounds, of Reno, NV, argued for the defendant-cross appellant.

RADER, Chief Judge, LINN and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**